# EXHIBIT C



P.O. BOX 9490
CEDAR RAPIDS, IA 52409-9490

**REDACTED**

03/29/16

ROBERT BRANDON SNODGRASS

P. O. Box 1417
Abingdon                    VA    24212

PERRY, TIMOTHY E
26214 NORTHRIDGE RD
MEADOWVIEW              VA    24361-3606

Re:   Bankruptcy Filing of: _____ PERRY, TIMOTHY E _____
           Account Number: _____████_____
               Case Number: _____██_____

Dear ROBERT BRANDON SNODGRASS:

Due to your client's recent voluntary petition for bankruptcy protection, Toyota Financial Services ("TFS") has ceased sending billing statements to your client. We have also suspended any automatic or on-line payments your client authorized in connection with the account and have ceased monthly updates to the credit reporting agencies in accordance with Section 362 of the Bankruptcy Code.

Please advise your client that the billing statements will not be resumed on or after discharge of the bankruptcy. In addition, the automatic payment will not be reactivated, nor will account payment history be reported to the three major credit reporting agencies unless a Lease Assumption Agreement has been completed and sent to us in accordance with Section 365 of the Bankruptcy Code.

**Please note that we will not agree to the assumption of a lease that is delinquent in payments.**

Until the lease is assumed and the case itself closes with the court, we wil not resume sending billing statements. In the interim, strictly voluntary payments in the amount* of _____ $ 265.45 _____, may continue to be received by the 20th of each month at the same address used prior to the petition filing, or:

Toyota Financial Services

P.O. Box 4102

Carol Stream, IL 60197-4102

Should you have any questions, please contact the Bankruptcy Department at (800) 874-8822. Please note and advise the customer that calls to or from TFS may be recorded or monitored for quality assurance and training purposes.

Sincerely,

TOYOTA FINANCIAL SERVICES
CC: PERRY, TIMOTHY E

> **NOTICE TO DEBTOR**
> This courtesy copy is provided to you for informational purposes. Future inquiries should be communicated through your counsel. If you are presently seeking relief or have been granted a discharge under the United States Bankruptcy Code, we will not seek collection of any amount on your account that has or will be discharged, except any amount that may be payable to us as a result of filing a proof of claim in your bankruptcy case.

* The monthly payment is subject to change based upon changes in sales or other applicable taxes.

G) =A0 ' %G

Toyota Financial Services is a service mark of Toyota Motor Credit Corporation.

DMS 4191 (08/15)



P.O. BOX 9490  
CEDAR RAPIDS, IA 52409-9490

**REDACTED**

03/29/16

PERRY, TIMOTHY E  
26214 NORTHRIDGE RD  
MEADOWVIEW  VA  24361-3606

ROBERT BRANDON SNODGRASS  
P. O. Box 1417  
Abingdon  VA  24212

Re: Bankruptcy Filing of: PERRY, TIMOTHY E  
Account Number: [REDACTED]  
Case Number: [REDACTED]

Dear ROBERT BRANDON SNODGRASS:

Due to your client's recent voluntary petition for bankruptcy protection, Toyota Financial Services ("TFS") has ceased sending billing statements to your client. We have also suspended any automatic or on-line payments your client authorized in connection with the account and have ceased monthly updates to the credit reporting agencies in accordance with Section 362 of the Bankruptcy Code.

Please advise your client that the billing statements will not be resumed on or after discharge of the bankruptcy. In addition, the automatic payment will not be reactivated, nor will account payment history be reported to the three major credit reporting agencies unless a Lease Assumption Agreement has been completed and sent to us in accordance with Section 365 of the Bankruptcy Code.

**Please note that we will not agree to the assumption of a lease that is delinquent in payments.**

Until the lease is assumed and the case itself closes with the court, we wil not resume sending billing statements. In the interim, strictly voluntary payments in the amount* of $ 265.45, may continue to be received by the 20th of each month at the same address used prior to the petition filing, or:

Toyota Financial Services  
P.O. Box 4102  
Carol Stream, IL 60197-4102

Should you have any questions, please contact the Bankruptcy Department at (800) 874-8822. Please note and advise the customer that calls to or from TFS may be recorded or monitored for quality assurance and training purposes.

Sincerely,

TOYOTA FINANCIAL SERVICES  
CC: PERRY, TIMOTHY E

> **NOTICE TO DEBTOR**
> This courtesy copy is provided to you for informational purposes. Future inquiries should be communicated through your counsel. If you are presently seeking relief or have been granted a discharge under the United States Bankruptcy Code, we will not seek collection of any amount on your account that has or will be discharged, except any amount that may be payable to us as a result of filing a proof of claim in your bankruptcy case.

* The monthly payment is subject to change based upon changes in sales or other applicable taxes.

Toyota Financial Services is a service mark of Toyota Motor Credit Corporation.  DMS 4191 (08/15)

Case 1:18-cv-00034-JPJ-PMS   Document 24-4   Filed 10/01/18   Page 3 of 3   Pageid#: 196