UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

| | |
|---|---|
| **TIMOTHY E. PERRY,**<br><br>**Plaintiff,**<br><br>v.<br><br>**TOYOTA MOTOR CREDIT CORPORATION DBA TOYOTA FINANCIAL SERVICES,** *et al.,*<br><br>**Defendants.** | C.A. No. 1:18-cv-0034-JPJ-PMS |

### ORDER OF DISMISSAL WITH PREJUDICE
### AS TO TRANSUNION, LLC ONLY

Before the Court is a joint motion by Plaintiff Timothy E. Perry (Plaintiff) and Defendant TransUnion, LLC (TransUnion), to dismiss the case against TransUnion with prejudice, the parties having resolved their dispute by compromise. Having considered the matter and deeming it proper and just to do so, and pursuant to FED. R. CIV. P. 41(a)(2), the motion is hereby GRANTED.

This matter stands DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees. It is further ORDERED, the Court shall retain jurisdiction for purposes of enforcement of the settlement of this matter pursuant to *Kokkonen v. Guardian Life Ins.*, 511 U.S. 375 (1994), subject to the terms of the parties' settlement agreement.

It is so ORDERED.

                ENTER: June 6, 2019

                /s/ James P. Jones
                United States District Judge